UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

THOMASENA BARGE                         Case No: 16-55802-PJS
                                                       Chapter 7
                                                       Honorable Phillip J. Shefferly

                 Debtor                 /

**SUBSTITUTION OF COUNSEL**

Please substitute the UNDERSIGNED in the place and stead of GALLAGHER SHARP, LLP as counsel for Debtor, THOMASENA BARGE.

                                       Respectfully submitted,

                                       KOPKA PINKUS DOLIN PLC

                                       By: /s/ Erik C. Stein
                                            ERIK C. STEIN (P72172)
                                            Attorney for Debtor
                                            33533 W. Twelve Mile Road, Suite 350
                                            Farmington Hills, MI 48331-5611
                                            (248) 324-2620
                                            ecstein@kopkalaw.com

Dated: December 21, 2016

## CONSENT TO SUBSTITUTION

I hereby consent to the substitution of ERIK C. STEIN of the law firm of KOPKA, PINKUS & DOLIN, PLC as attorney for Debor, THOMASENA BARGE.

Respectfully submitted,

GALLAGHER SHARP, LLP

By: /s/ Paul D. Galea
PAUL D. GALEA (P29250)
Attorney for Debtor
211 W. Fort St., Ste 660
Detroit, MI 48226
(313) 962-9160

Dated: December 21, 2016        pgalea@gallaghersharp.com

Dated: January 4, 2017          By: /s/ Thomasena Barge
                                    Debtor

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
<u>SOUTHERN DIVISION</u>

In re:

THOMASENA BARGE                             Case No: 16-55802-PJS
                                                      Chapter 7
                                                      Honorable Phillip J. Shefferly

<u>            Debtor           </u>/

<u>CERTIFICATE OF SERVICE</u>

     Erik C. Stein certifies that on January 5, 2017, he did electronically file Debtor's Substitution of Counsel with the Clerk of the Court using the ECF System which will send notification of such filing to the following:

     Basil Simon, Chapter 7 Trustee

and I hereby certify that I have mailed by United States Postal Service the above papers to the following non-ECF participants:

     SEE ATTACHED MATRIX

                                        Respectfully submitted,

                                        KOPKA PINKUS DOLIN PLC

                                        By:   <u>/s/ Eric C. Stein     </u>
                                                 ERIK C. STEIN (P72172)
                                                 Attorney for Debtor
                                                 32605 West Twelve Mile Road, Suite 300
                                                 Farmington Hills, MI 48334
                                                 (248) 324-2620
                                                 ecstein@kopkalaw.com

Dated: January 4, 2017

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0645-2<br>Case 16-55802 pjs<br>Eastern District of Michigan<br>Detroit<br>Tue Dec 20 15:30;04 EST 2016 | Ashro<br>3650 Milwaukee Street<br>Madison, WI 53714-2304 | Thomasena Barge<br>5226 Newport Street<br>Detroit, MI 48213-3741 |
| Beaumont Health System<br>PO BOX 5042<br>TROY MI 48C07 5042 | City of Detroit<br>Finance Dept • Income Tax Division<br>2 Woodward Ave, Ste 130<br>D-etroit, MI 48226-3437 | Comenity Bank<br>P.O. Box 182125<br>Columbus, OH 43218-2125 |
| Community Choice<br>3115 Northwestern Highway<br>Farmington, MI 48334 | INTERNAL REVENUE SERVICE<br>CENTRALIZED SERVICE OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Diversified Member's Credit Union<br>1480 East Jefferson<br>Detroit, MI 48207-3145 |
| Ford Motor Credit<br>PO Box 542000<br>Omaha, NE 68154-8000 | Henry Ford Health System<br>2799 West Grand Blvd<br>Detroit, MI 48202-2689 | MI Homeowners Assist. Non-Profit Housing<br>Step Forward Michigan<br>PO Box 30632<br>Lansing, MI 48909-8132 |
| Midnight Velvet<br>1112 7th Avenue<br>Monroe, WI 53566-1364 | Progressive Auto Insurance<br>PO Box 31260<br>Tampa, FL 33631-3260 | Basil T. Simon<br>645 Griswold<br>Suite 3466<br>Detroit, MI 48226 |
| Erik C. Stein 32605<br>W. 12 Mile Road<br>Suite 300<br>Farmington Hills, MI 48334 | Synchrony Bank<br>PO Box 960061<br>Orlando, PL 32896-0061 | US Dept of Education<br>PO Box 87130<br>Lincoln, NE 68501-7130 |

The preferred mailing address {p} above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342{f} and Ped.R.Bank.P. 2002 {g} {4},

| | | |
|---|---|---|
| Beaumont Hospital<br>750 Stephenson Highway<br>PO Box 5042<br>Troy, MI 48007-5042 | Department of Treasury<br>Internal Revenue Service<br>Kansas City, MO 6499.9 | End of Label Matrix<br>Mailable recipients    11<br>Bypassed recipients    0<br>Total    11 |